**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter of the Care and Treatment of O'Bryan B. Whitlock, Appellant.

Appellate Case No. 2012-212021

---

Appeal From York County
Thomas A. Russo, Circuit Court Judge

---

Unpublished Opinion No. 2013-UP-492
Submitted December 1, 2013 – Filed December 23, 2013

---

**APPEAL DISMISSED**

---

Appellate Defender LaNelle Cantey DuRant, of Columbia; and O'Bryan B. Whitlock, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

---

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967), and *In re McCoy*, 360 S.C. 425, 427, 602 S.E.2d 58, 59 (2004) (adopting an *Anders* type procedure

for alleged no-merit sexually violent predator involuntary commitment appeals).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.